NEW JERSEY BUILDERS ASSOCIATION, BUILDERS ASSOCIA-
TION OF SOMERSET/MORRIS, AND MILL RACE LIMITED,
PLAINTIFFS-RESPONDENTS, v. THE MAYOR AND TOWN-
SHIP COMMITTEE OF BERNARDS TOWNSHIP, SOMERSET
COUNTY, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued February 20, 1986—Decided March 13, 1986.

Before Judges ANTELL, SHEBELL and MATTHEWS.

*Howard P. Shaw,* argued the cause for appellants (*Farrell, Curtis, Carlin & Davidson,* attorneys; *Howard P. Shaw,* on the brief).

*Wayne J. Peck,* argued the cause for respondents (*Hutt, Berkow & Jankowski,* attorneys; *Wayne J. Peck,* on the brief).

*Roy Kurnos,* argued the cause for plaintiff Mill Race Limited (*Murphy, Kurnos & Nish,* attorneys, *Michael P. Carroll,* on the brief).

PER CURIAM.

The determination under review is affirmed substantially for the reasons stated by Judge D'Annunzio in his formal written opinion for the Law Division dated February 25, 1985, 211 *N.J.Super.* 290. We decline to order the judgment under review limited to prospective applicability only since it neither announces a new rule of law nor represents a departure from existing law. See *State v. Burstein,* 85 *N.J.* 394, 403 (1981). In our view, plaintiffs have demonstrated a sufficient stake and adverse interest as to entitle them to sue under New Jersey's liberal rules of standing. See *Crescent Pk. Tenants Assoc. v. Realty Eq. Corp. of N.Y.,* 58 *N.J.* 98, 105–111.